DANIEL G. BOGDEN
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: mark.woolf@usdoj.gov

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Estate of | ) |
| | ) Case No.: 2:16-cv-02644-JAD-PAL |
| MELVIN LOWERY, | ) |
| | ) **STIPULATION TO DISMISS** |
| Decedent. | ) **AND ORDER CLOSING CASE** |
| | ) |

   Petitioner Melvin Lowery ("Petitioner") and real-party defendant in interest Julian Castro, in his official capacity as Secretary of the U.S. Department of Urban and Housing Development ("HUD"), through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate as follows:

   1. HUD is the holder of both the First Deed of Trust and Second Deed of Trust on for 4555 East Sahara Avenue #103, Las Vegas, Nevada 89101 ("Lowery Property"), as identified in paragraphs 1-4 of the Notice of Removal (ECF No. 1), filed in this matter on November 16, 2016.

   2. HUD holds the Deeds of Trust on the Lowery Property pursuant to HUD's Home Equity Conversion Mortgage for Seniors ("HECM") program, which is a national loan insurance program under the National Housing Act, 12 U.S.C. § 1715z-20. The Notice of Default and Foreclosure Sale for the Lowery Property, attached as Exhibit B to the Notice of Removal, was appropriate.

   3. Congress has vested HUD with exclusive authority to dispose of real property like the Lowery Property, i.e., property secured by mortgage interests held by HUD

under the HECM program. The foreclosure process is pursuant to Federal statute (National Housing Act, 12 U.S.C. § 1715z-20, and the Single Family Mortgage Foreclosure Act of 1994, 12 U.S.C. §§ 3751-3768) and Federal regulation (24 C.F.R. Parts 206 and 207). Additionally, as set forth in *Washington & Sandhill Homeowners Ass'n v. Bank of Am., N.A.*, No. 2:13-cv-01845-GMN-GWF, 2014 WL 4798565 *5 (D. Nev Sept. 25, 2014), only "Congress has the Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States," *see* U.S. Const. Art. IV, §3, cl. 2., and title to United States' property can only be divested by an Act of Congress. *Id.* (*citing Beaver v. United States*, 350 F.2d 4, 8 (9th Cir. 1965)). Moreover, "[s]tate legislation must yield under the supremacy clause of the Constitution to the interest of the federal government when the legislation as applied interferes with the federal purpose or operates to impede or condition the implementation of federal policies and programs." *Rust v. Johnson*, 597 F.2d 174, 179 (9th Cir. 1979). There is "[n]o basis in law for treating mortgage interests of federal instrumentalities differently from other property of the United States." *Id.* at 177.

4. Because Congress has vested HUD with exclusive authority to dispose of real property like the Lowery Property, i.e. property secured by mortgage interests owned by HUD under the HECM program, and enabled HUD to transfer title and possession of its properties without "judicial proceedings" pursuant to 12 U.S.C. § 3763(a), the foreclosure sale of the Lowery Property, currently scheduled for December 9, 2016, shall go forward.

5. Any and all requests by Petitioner to stay the foreclosure sale, whether filed before or after removal, are withdrawn by Petitioner and any order entered by the state court purporting to enjoin, delay, or otherwise affect the scheduled non-judicial foreclosure sale of the Lowery Property is vacated pursuant to Fed. R. Civ. P. 60(b) because the state court lacks jurisdiction to enjoin the non-judicial foreclosure sale of the Lowery Property.

6. Upon entry of this stipulation, the action shall be dismissed and the matter closed.

Dated the 5th day of December 2016.

| | |
|---|---|
| CLEAR COUNSEL LAW GROUP | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Christopher M. Wood*<br>Christopher M. Wood<br>Clear Counsel Law Group<br>Attorney for Petitioner | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney |

IT IS SO ORDERED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 12/6/16

3